STUART BARASCH
California Bar #74108
915 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
Tel. (800) 445-2930
Fax (213) 621-7622
email: sblawoffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
- Eastern Division -

| | |
|---|---|
| KATHLEEN R. HUNGERFORD,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | Case No. CV 07-7621 AGR<br><br>ORDER ON STIPULATION<br>AWARDING EAJA FEES |

Based on the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(a), and for cause shown, IT IS ORDERED, that the counsel for plaintiff, as assignee of plaintiff, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of Two Thousand, Six Hundred Four Dollars and Thirty-One cents ($2,604.31) and Cost in the amount of Three Hundred, Seventy-Three Dollars and Twenty-Three cents ($373.23) (the agreed amount). Payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

In Los Angeles, California, this 10th day of March, 2009.

*Alicia G. Rosenberg*
UNITED STATES MAGISTRATE JUDGE